IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH SPEARS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL CORCORAN, et al., <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil No. 08-2987 (JBS) <br><br> <u>**ORDER**</u> |

This case having been removed from New Jersey state court to this Court, pursuant to 28 U.S.C. § 1441; this matter having come now before the Court upon the motion of plaintiffs to amend the Complaint to remove all references to federal law and to remand the matter to New Jersey state court [Docket Item 3]; Defendants having consented to such amendment and remand; and for good cause shown;

IT IS this 30th day of **June, 2008** hereby

ORDERED that plaintiffs' Complaint shall be amended to delete all reference to the United States Constitution or the laws or treatises of the United States; and

IT IS FURTHER ORDERED that the Complaint is remanded to the New Jersey State Superior Court, Atlantic County.

*/s/ Jerome B. Simandle*
JEROME B. SIMANDLE
United States District Judge